**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Cally Morgan Vogelsang,

                Plaintiff,

    -against-                                    21 **CIVIL** 9338 (KHP)

                                                      **JUDGMENT**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2023, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. This case is remanded for consideration by the ALJ consistent with the opinion; accordingly, the case is closed.

**Dated:** New York, New York

        February 23, 2023

                                                    **RUBY J. KRAJICK**

                                                _____
                                                   **Clerk of Court**

                           **BY:**      *K. Mango*

                                                   _____
                                                   **Deputy Clerk**